# Exhibit A

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 02/13/2025
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial denovo on appeal from a decision entered by a Judge.

**PATTERSON INJURY LAWYERS, LLC**
BY: Derek Patterson, Esquire
Attorney I.D. No. 323919
1650 Market St. Ste 3600
Philadelphia, PA 19103
*Attorney for Plaintiff*

*Filed and Attested by the Office of Judicial Records 23 MAR 2024 01:44 pm C. SMITH*

---

## IN THE COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, PENNSYLVANIA
## CIVIL TRIAL DIVISION

| | | |
|---|---|---|
| CHERYL SMITH | : | COURT OF COMMON PLEAS |
| | : | PHILADELPHIA COUNTY |
| | : | |
| Plaintiff | : | |
| v. | : | |
| | : | MARCH TERM, 2024 |
| TARGET CORPORATION, | : | DOCKET NO.: |
| STANLEY BLACK & DECKER/ DEWALT, | : | |
| SPECTRUM HOME APPLIANCES, | : | |
| SPECTRUM BRANDS, INC | : | |
| CORPORATION DOE (1-5) | : | |
| | : | |
| | : | |
| Defendants | : | |
| | : | |

---

## PRAECIPE TO ISSUE WRIT OF SUMMONS

TO THE OFFICE OF JUDICIAL RECORDS:

Kindly issue the attached Writ of Summons in the above-captioned civil action.

Dated: March 23, 2024

**PATTERSON INJURY LAWYERS, LLC**
/s/ Derek Patterson_____
Derek Patterson, Esquire
*Attorney for Plaintiff*

Case ID: 240303192

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

Cheryl Smith

_____
*Plaintiff*

vs.

Target Corporation, et al

_____
*Defendant*

:    COURT OF COMMON PLEAS
:    March                    24
:    _____Term, 20_____
:
:
:    No._____
:
:
:

To[1]
Target Corporation,
Stanley Black & Decker/Dewalt,
Spectrum Home Appliances,
Spectrum Brands, Inc,
Corporation Doe (1-5)

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*
Chery Smith

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date: _____
3/23/24



240303192
23 MAR 2024 01:44 pm
C. SMITH

Case ID: 240303192

10-208 (Rev. 3/20/24)

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case 2:25-cv-01364-JFM    Document 1-3    Filed 03/14/25    Page 4 of 4

Case ID: 240303192

# Court of Common Pleas

March                           24

_____Term, 20 _____

No. _____

Cheryl Smith

_____

*Plaintiff*

vs.

Target Corporation, et al

_____

*Defendant*

# SUMMONS